UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number:  20-20149-CIV-MARTINEZ-OTAZO-REYES**

EUGENE WILLIAMS, III,

      Plaintiff,

v.

ANDREW SAUL, COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER was referred to the Honorable Alicia M. Otazo-Reyes, United States

Magistrate Judge, for a ruling on all pre-trial, non-dispositive matters, and for a report and

recommendation on all dispositive matters.  (ECF No. 2).  Both parties filed motions for summary

judgment.  (ECF Nos. 15, 18).  Magistrate Judge Otazo-Reyes filed a Report and Recommendation

("R&R") recommending that (1) Plaintiff's Motion for Summary Judgment, (ECF No. 15), be

denied; (2) Defendant's Motion for Summary Judgment, (ECF No. 18), be granted; (3) and the

Commissioner's decision be affirmed.  (ECF No. 22).  Plaintiff timely filed objections to the R&R

("Objections"), (ECF No. 23), and Defendant filed a response to the Objections, (ECF No. 24).

The Court has conducted a *de novo* review of the R&R, Plaintiff's Objections, the Commissioner's

Response, as well as the entire file and record.  Having reviewed the record, the Court finds that

Plaintiff's Objections are **OVERRULED** and the R&R is **AFFIRMED** and **ADOPTED** in its

entirety.

Plaintiff objects to the R&R because the R&R "accepts the [administrative law judge's]

1

unsupported residual functional capacity assessment ("RFC") which did not properly assess limitations arising from Plaintiff's depressive disorder, diverticulitis, chronic obstructive pulmonary disease ("COPD"), or Plaintiff's need for a cane."  (ECF No. 23, at 1).  These very same arguments were raised by Plaintiff in his motion for summary judgment, (ECF No. 15, at 15–22), and are addressed in Judge Otazo-Reyes's well-reasoned R&R.  (*See* ECF No. 22, at 33–40).

Plaintiff argues that Magistrate Judge Otazo-Reyes erred by accepting "the ALJ's reliance on the state agency reviewer opinion that plaintiff did not have a severe mental impairment, [] despite contradictory medical evidence that post-dated the reviewer's assessment indicating that Plaintiff's depression worsened over time from 'moderate' to 'severe[.]'"  (ECF No. 23, at 3).  In particular, Plaintiff argues that the ALJ should have considered the "medical opinions" of his treatment team, Therapist Karen Hayes and psychiatrist Dr. Asim Nisar, who diagnosed Plaintiff with "severe" depression.  (*Id.*)  Regardless of whether these records can be considered "medical opinions" within the meaning of the statute, the ALJ's report reflects that he considered these opinions.  Plaintiff contends that the ALJ relied on Dr. Jill Rowan's assessment which "considered the record on April 20, 2017, well before August 16, 2017, the first date that Dr. Asim Nisar, [] revised Plaintiff's diagnosis to a "severe" major depression[.]"  (ECF No. 23, at 3).  However, the ALJ explicitly states in his report that he reviewed "Camillus House reports that range in date from June 15, 2017 *to* August 14, 2018[.]"  (ECF No. 11, at 32 (emphasis added)).  These are the same reports Plaintiff alleges the ALJ failed to consider.

In his remaining objections, Plaintiff primarily argues that "evidence preponderates against the ALJ's conclusion[s.]"  The Court, however, is not in a position to "reweigh the evidence and decide facts anew and must defer to the ALJ's decision if it is supported by substantial evidence

even if the evidence may preponderate against it." *Strickland v. Comm'r of Soc. Sec.*, 516 F. App'x 829, 831 (11th Cir. 2013).  Because the ALJ's report is supported by substantial evidence, the Court must affirm the ALJ's findings.  *See id.*

Accordingly, after careful consideration, it is,

**ADJUDGED** that United States Magistrate Judge Otazo-Reyes' Report and Recommendation, (ECF No. 22), is **AFFIRMED** and **ADOPTED**.  Accordingly, it is:

**ADJUDGED** that

1.  Plaintiff's Motion for Summary Judgment, (ECF No. 15), is **DENIED**.

2.  Defendant's Motion for Summary Judgment, (ECF No. 18), is **GRANTED.**

3.  Plaintiff's Objections, (ECF No. 23), are **OVERRULED**

4.  The Commissioner's decision is **AFFIRMED.**

5.  This case is **CLOSED**, and all pending motions are **DENIED** as **MOOT**.

6.  A final judgment shall be entered by separate order.

DONE AND ORDERED in Chambers at Miami, Florida, this 2nd day of August, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record